IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LANA STEPHENS                                                          PLAINTIFF

v.                         No. 4:24-cv-01027-DPM-ERE

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                           DEFENDANT

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 24 January 2025.

_____
UNITED STATES MAGISTRATE JUDGE