IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LANA STEPHENS                                                                PLAINTIFF

v.                              No. 4:24-cv-1027-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                 DEFENDANT

### ORDER

The Government doesn't object to Stephens's amended motion for an award of fees under 28 U.S.C. § 2412(d). The hours are reasonable, and the parties settled on $1,700. The unopposed motion, *Doc. 15*, is therefore granted. The Court awards $1,700—payable directly to Stephens, subject to any offset to satisfy any preexisting debt owed to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Stephens's lawyer. *Doc. 12* is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 March 2025